FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 15, 2021

No. 04-20-00356-CR

John Stewart **MUELLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-19-0000009
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

On August 4, 2021, the court ordered this appeal abated and remanded for appointment of new counsel for appellant, John Stewart Mueller. On August 5, 2021, the trial court appointed Patrick Maguire as Mueller's attorney. The trial court clerk has since filed a supplemental clerk's record containing the order appointing new counsel. We therefore ORDER that this appeal is REINSTATED on the active docket of this court.

It is so **ORDERED** December 15, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT